IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., <br> PURDUE PHARMACEUTICALS L.P., <br> THE P.F. LABORATORIES, INC., <br> RHODES TECHNOLOGIES and <br> GRÜNENTHAL GMBH, <br> <br> Plaintiffs, <br> <br> v. <br> <br> AMNEAL PHARMACEUTICALS, LLC, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1152 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The deadline for Plaintiffs' Opposition to Defendant's Motion for Partial Judgment on the Pleadings or, in the alternative, Partially to Sever and Transfer ("Plaintiffs' Opposition") is hereby extended to **March 1, 2016**; and

2. The deadline for Defendant's Reply to Plaintiffs' Opposition is hereby extended to **March 11, 2016**.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Anne Shea Gaza* |
| Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> rsmith@mnat.com <br> dfahnestock@mnat.com <br> <br> *Attorneys for Plaintiffs* | Anne Shea Gaza (#4093) <br> Samantha G. Wilson (#5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> swilson@ycst.com <br> <br> *Attorneys for Defendant Amneal Pharmaceuticals LLC.* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| John J. Normile<br>Kelsey I. Nix<br>Gasper J. LaRosa<br>Kenneth S. Canfield<br>Sarah A. Geers<br>Lisamarie LoGiudice<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017<br>(212) 326-3777 | Stuart D. Sender<br>Kenneth E. Crowell<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ  07078<br>(973) 379-4800 |
| *Attorneys for Plaintiffs Purdue Pharma L.P., Purdue Pharmaceuticals L.P., The P.F. Laboratories, Inc., and Rhodes Technologies* | Michael V. Ciresi<br>Jan M. Conlin<br>Katie Crosby Lehman<br>Melissa A. Goodman<br>CIRESI CONLIN LLP<br>225 S. 6th Street, Suite 4600<br>Minneapolis, MN  55402<br>(612) 361-8200 |
| Basil J. Lewris<br>Jennifer H. Roscetti<br>Anthony C. Tridico<br>Matthew J. Luneack<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001 | |
| *Attorneys for Plaintiff Grünenthal GMBH* | |

SO ORDERED this _____ day of February 2016.

_____
UNITED STATES DISTRICT JUDGE