IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PURDUE PHARMA L.P., <br> PURDUE PHARMACEUTICALS L.P., <br> THE P.F. LABORATORIES, INC., <br> RHODES TECHNOLOGIES, and <br> GRÜNENTHAL GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1152 (RGA) (SRF) <br> CONSOLIDATED |
| PURDUE PHARMA L.P., <br> THE P.F. LABORATORIES, INC., and <br> PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-831 (RGA)(SRF) |

**STIPULATED DISMISSAL
BETWEEN
PURDUE PHARMA L.P.,
THE P.F. LABORATORIES, INC.,
PURDUE PHARMACEUTICALS L.P.,
RHODES TECHNOLOGIES,
GRÜNENTHAL GMBH,
AMNEAL PHARMACEUTICALS LLC,
<u>AND KASHIV PHARMA, LLC</u>**

On consent of Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., Rhodes Technologies, Grünenthal GmbH, Amneal Pharmaceuticals LLC, and Kashiv Pharma, LLC, and as settlement of this action between and among those parties, PURDUE PHARMA L.P., a limited partnership organized and existing under the laws of the

State of Delaware, having a place of business at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut 06901, THE P.F. LABORATORIES, INC., a corporation organized and existing under the laws of the State of New Jersey, having a place of business at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut 06901, PURDUE PHARMACEUTICALS L.P., a limited partnership organized and existing under the laws of the State of Delaware, having a place of business at 4701 Purdue Drive, Wilson, North Carolina 27893, RHODES TECHNOLOGIES, a general partnership organized and existing under the laws of the State of Delaware, having a place of business at 498 Washington Street, Coventry, Rhode Island 02816 and GRÜNENTHAL GMBH, a company organized under the laws of the Federal Republic of Germany, with its registered office at Zieglerstrasse 6, 52078 Aachen, Federal Republic of Germany, (collectively, the "**Plaintiffs**"), and AMNEAL PHARMACEUTICALS LLC a limited liability company organized and existing under the laws of the State of Delaware, having a place of business at 400 Crossing Boulevard, Bridgewater, New Jersey 08807 and KASHIV PHARMA, LLC, a limited liability company organized and existing under the laws of the State of Delaware, having a place of business at 995 US 202/206, Bridgewater, New Jersey 08807 (collectively, the "**Defendants**") (the Plaintiffs and the Defendants being sometimes referred to herein individually as a "**Party**" and collectively as the "**Parties**"), it is Ordered, Adjudged and Decreed as follows:

      1.     The Parties agree that Civil Action No. 15-1152-RGA-SRF (Cons.) (the "**Action**"), including all counterclaims, is dismissed with prejudice.

      2.     No right, written or oral license or sublicense, covenant not to sue, waiver or release or other written or oral authorization is or has been granted or implied by this Stipulated Dismissal.

3. The Action is hereby dismissed without costs or attorney's fees, save that this District Court shall retain jurisdiction over the Action, including without limitation, over implementation of, or disputes arising out of, this Stipulated Dismissal or the settlement of the Action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Anne Shea Gaza* |
| Jack B. Blumenfeld (#1014) | Anne Shea Gaza (#4093) |
| Rodger D. Smith II (#3778) | Samantha G. Wilson (#5816) |
| Megan E. Dellinger (#5739) | Rodney Square |
| 1201 North Market Street | 1000 North King Street |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 571-6600 |
| (302) 658-9200 | agaza@ycst.com |
| jblumenfeld@mnat.com | swilson@ycst.com |
| rsmith@mnat.com | |
| mdellinger@mnat.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

OF COUNSEL:

John J. Normile
Kelsey I. Nix
Gasper J. LaRosa
Pablo D. Hendler
Kenneth S. Canfield
Lisamarie LoGiudice
Sarah A. Geers
JONES DAY
250 Vesey Street
New York, NY  10281-1047
(212) 326-3777

OF COUNSEL:

Michael V. Ciresi
Jan M. Conlin
Katie Crosby Lehmann
Melissa A. Goodman
Kyle W. Wislocky
CIRESI CONLIN LLP
225 South 6th Street, Suite 4600
Minneapolis, MN  55402
(612) 361-8200

Jason G. Winchester
JONES DAY
77 West Wacker Drive
Chicago, IL  60601

*Attorneys for Plaintiffs Purdue Pharma L.P., Purdue Pharmaceuticals L.P., The P.F. Laboratories, Inc., and Rhodes Technologies*

Joann M. Neth
Jennifer H. Roscetti
Anthony C. Tridico
Matthew J. Luneack
Erin M. Sommers
Krista E. Bianco
Nicholas J. Doyle
John E. Nappi
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

*Attorneys for Plaintiff Grünenthal GmbH*

August 9, 2018


       SO ORDERED this ___ day of _____, 2018.


                                             UNITED STATES DISTRICT JUDGE